S. LANE TUCKER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AARON HORWATH,<br><br>　　　　　Defendant. | No. 3:23-cr-00073-JMK-MMS |

**UNITED STATES' RESPONSE NON-OPPOSING DEFENDANT'S MOTION TO CONTINUE DISCOVERY MANAGEMENT CONFERENCE (DKT 18)**

　　　　Having reviewed the defendant's Motion to Continue Discovery Management Conference at Dkt 18, the United States does not oppose it.

//

//

//

//

//

RESPECTFULLY SUBMITTED October 30, 2023 at Anchorage, Alaska.

    S. LANE TUCKER
United States Attorney

/s THOMAS C. BRADLEY
THOMAS C. BRADLEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s THOMAS C. BRADLEY