```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                                DISTRICT OF ALASKA
```

U.S.A. vs. AARON CRAIG HORWATH    CASE NO. 3:23-cr-00073-SLG
Defendant:  X  Present   X   On Bond

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK: JESSICA D. SOLNICK

OFFICIAL REPORTER: ROBIN L. HERRERA

UNITED STATES' ATTORNEY: TOM BRADLEY AND CHARLES CODY TIRPAK, I

DEFENDANT'S ATTORNEY: STEVEN M. WELLS

PROCEEDINGS: TRIAL BY JURY – DAY 3 HELD SEPTEMBER 26, 2024
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:18 a.m. court convened in Anchorage Courtroom 2 with the jury panel present.

Jason Crump resumed the stand and testified further on behalf of the plaintiff. Demonstrative exhibits shown.

Plaintiff rested.

At 10:57 p.m. the jury panel exited the courtroom.

Court and counsel heard re Motion to Limit Expert Testimony (Dkt 67); **GRANTED in part and DENIED in part,** and Motion for Expedited Consideration at (Dkt 68); **GRANTED.**

Court and counsel heard re defendant's Rule 29 oral motion for judgment of acquittal; Court deferred ruling.

At 11:17 a.m. court recessed until 11:29 a.m. with the jury panel present.

Howard Wolfe sworn and testified on behalf of the defendant as an expert.

Court admonished the jury panel

At 12:08 p.m. the jury panel exited the courtroom.

                        Continued to Page 2

(Revised 1-29-2015)

CONTINUED – PAGE 2
U.S.A. vs. AARON CRAIG HORWATH
3:23-cr-00073-SLG
TRIAL BY JURY – DAY 3
SEPTEMBER 26, 2024
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Court and counsel heard re defendant to decide whether to testify and jury instructions.

At 12:13 p.m. court recessed until 1:09 p.m. without the jury panel present.

Court and counsel heard re defendant not testifying, jury instructions, and closing arguments.

At 1:13 p.m. court recessed until 1:36 p.m. with the jury panel present.

Defendant rested.

Court read preliminary jury instructions.

Closing argument heard.

At 2:32 p.m. court recessed until 2:49 p.m. with the jury panel present.

Closing argument heard.

Court read final jury instructions

Court instructed clerk to call two alternate jurors; two alternates called. Court thanked and excused juror #7 and #8.

At 3:49 p.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re defendant waives presence for read backs, plaintiff does not waive presence for read backs, and jury notes.

At 3:52 p.m. court recessed this matter to reconvene, **Friday, September 27, 2024 at 8:30 a.m.**

Continued to Page 3

(Revised 1-29-2015)

```
                    CONTINUED – PAGE 3
                 U.S.A. vs. AARON CRAIG HORWATH
                       3:23-cr-00073-SLG
                     TRIAL BY JURY – DAY 3
                      SEPTEMBER 26, 2024
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 4:55 p.m. the jury panel recessed deliberations to resume on Friday, September 27, 2024 at 8:30 a.m.

**OFF RECORD:** All admitted exhibits, blank jury notes, original verdict form and original jury instructions forwarded to the jury panel.

DATE:  9/26/2024                    DEPUTY CLERK'S INITIALS:  JDS

(Revised 1-29-2015)